# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RITA GRAHAM** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-1990 |
| v. | : | (JUDGE MANNION) |
| **VALLEY VIEW SCHOOL DISTRICT** | : | |
| | : | |
| Defendant | : | |
| | : | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Valley View's motion for summary judgment (Doc. 29) is **DENIED.**

**(2)** An appropriate scheduling order with a date for trial shall issue.

s/ *Malachy E. Mannion*

**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 30, 2019**
16-1990-01-ORDER